# United States District Court
## *Southern District of Georgia*

OCEANCONNECT MARINE, INC.,

Plaintiff

v. M/V SEASPAN EFFICIENCY

Defendant

Case No. _____

Appearing on behalf of : _____

Plaintiff

_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __J. Stephen Simms__ hereby requests permission to appear pro hac vice in the subject case filed in the __Savannah__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __District of Maryland__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __T. LANGSTON BASS, JR.__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __5th__ day of __September__, __2016__.

Digitally signed by J. Stephen Simms
DN: cn=J. Stephen Simms, o, ou,
email=jssimms@simmsshowers.com,
c=US
Date: 2016.09.05 18:12:03 -04'00'

(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, __T. LANGSTON BASS, JR.__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __5__ day of __September__, __2016__.

| | |
|---|---|
| 041320 | |
| Georgia Bar Number | Signature of Local Counsel |
| (912) 233-3399 | BRENNAN, HARRIS & ROMINGER LLP (Law Firm) |
| Business Telephone | 2 E Bryan St (Business Address) |
| | Savannah, GA 31402 (City, State, Zip) |
| | Post Office Box 2784 (Mailing Address) |
| | tlb@bhrlegal.com (Email Address) |