UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| OCEANCONNECT MARINE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV416-236 |
| | ) | |
| M/V SEASPAN EFFICIENCY, its engines, tackle and apparel, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having reviewed and considered the petition of J. Stephen Simms of the law firm of Simms Showers LLP, 201 International Circle, Baltimore, Maryland 21030, for permission to appear pro hac vice on behalf of plaintiff Oceanconnect Marine, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter J. Stephen Simms as counsel of record for plaintiff Oceanconnect Marine, Inc., in this case.

**SO ORDERED** this __8th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA