**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

OCEANCONNECT MARINE, INC., )
)
    Plaintiff, )
)
v. )     CASE NO. CV416-236
)
M/V SEASPAN EFFICIENCY, )
its Engines, tackle and )
apparel, )
)
    Defendant. )
)
_____ )
)
HANJIN SHIPPING COMPANY, )
LIMITED, )
)
    Interested Party, )
)
v. )
)
INTERNATIONAL RECOVERY & )
REMARKETING GROUP, LLC )
)
    Custodian. )
_____ )



## O R D E R

Before the Court is Interested Party Hanjin Shipping Co., Ltd's ("Hanjin") Notice and Suggestion of Bankruptcy. (Doc. 13.) In it, Hanjin asks the Court to take notice that on September 2, 2016, Hanjin filed a Chapter 15 Petition for Recognition of a Foreign Proceeding in the United States Bankruptcy Court for the District of New Jersey. (Id. at 1.) On September 9, 2016, the Honorable John K. Sherwood issued an order granting provisional relief that

prohibits arresting or attaching any vessel or other transportation equipment that is owned by, operated by, or chartered to Hanjin. (Id. at 2.) Moreover, any arrests that were made on or after August 31, 2016 were vacated, and rendered null and void. (Id.) Hanjin is the time charterer of the M/V Seaspan Efficiency, the vessel at issue in this maritime proceeding. (Id. at 1.) Moreover, the warrant for arrest in rem of the vessel was issued on September 6, 2016. (Doc. 9-10.)

The Court notes that the parties have not requested that the Court vacate the warrant of arrest in rem issued on September 6, 2016. (Doc. 10.) Accordingly, the Court **DIRECTS** the parties to inform the Court no later than fifteen days from the date of this order whether they object to the Court vacating the warrant of arrest in rem. Should no party object to this course of action, the Court will vacate the arrest and stay this case pending the conclusion of the bankruptcy proceeding.

SO ORDERED this 26ᵗʰ day of October 2016.

_____

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA