IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
OCEANCONNECT MARINE, INC.,        )
                                  )
     Plaintiff,                   )
                                  )
v.                                )   CASE NO. CV416-236
                                  )
M/V SEASPAN EFFICIENCY,           )
its Engines, tackle and           )
apparel,                          )
                                  )
     Defendant.                   )
                                  )
                                  )
HANJIN SHIPPING COMPANY,          )
LIMITED,                          )
                                  )
     Interested Party,            )
                                  )
v.                                )
                                  )
INTERNATIONAL RECOVERY &          )
REMARKETING GROUP, LLC            )
                                  )
     Custodian.                   )
                                  )
```



## **O R D E R**

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT**

**PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of November 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA